**RECEIVED**

DEC 2 6 2007

*DEC 26 2007*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

John Handy

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV7223
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

Case No: _____
(To be supplied by the Clerk of this Court)

vs.

Earl Stayhorn
Detective 1st Unknown
Detective 2nd Unknown
Youth Officer Detective #3 Unknown
State Attorney Asst; Unknown
Roger E. Walker Jr.

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**      **Plaintiff(s):**

Revised: 7/20/05

A.   Name: ~~Darrel Cunningham~~ John Handy

B.   List all aliases: John Green

C.   Prisoner identification number: B18865

D.   Place of present confinement: Menard Correctional Center

E.   Address: P.O. BOX 711 Menard IL 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Earl Stayhorn

Title: Honorable Judge (in 1989)

Place of Employment: AT Cook County Circuit Court Chicago IL

B.   Defendant: UNKNOWN AT Time

Title: IN 1989 Detective in Chicago (Homicide Unit)

Place of Employment: 5100 Wentworth Police Department (Chi IL)

C.   Defendant: UNKNOWN AT This Time

Title: IN 1989 Detective in Chicago (Homicide Unit)

Place of Employment: 5100 Wentworth Police Department (CHI IL)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised:  7/20/05

4. Defendant: UNKNOWN at this time

Title; IN 1989 Youth OFFicer Homicide Unit ~~Chicago IL~~

Place of Employment: 5100 WENTWORTH Police Department Chicago IL

5. Defendant; UNKNOWN at this time

Title: IN 1989 Asst; STATE ATTorney

Place of Employment: Chicag, IL IN 1989

6. Defendant; Roger E. Walker Jr

Title; Director

Place of Employment: ILLINOIS Department of Corrections

1. Defendant) earl stayhorn Violated Plaintiff Rights Under Color of State LAW

2. Defendant) UNKNOWN at time Detective 1st Violated Plaintiff Juvenile Rights Under Color of State LAW; by been deliberate indifferent and Cuplable Negligent of his 14th, 8th 5th Amendments.

3. Defendant) UNKNOWN at time Detective 2nd Violated Plaintiff Juvenile Rights Under Color of State LAW; by been deliberate indifferent and unProfessional in his approah and Negligent of his 14th, 8th 5th Amendments.

4. Defendant) Youth OFFicer or Counselor at this time UNKNOWN Violated Plaintiff Juvenile Rights Under Color of State LAW; been deliberate indifferent and Cuplable Negligent of his (protection) of his 14th, 8th, 5th Amendments and 6th.

5. Defendant) Asst, STATE ATTorney UNKNOWN at this time Violated Plaintiff Juvenile Rights Under Color of State LAW; by been deliberate indifferent and unProfessional and ~~cup~~ Negligent of his 14th, 8th, 5th 6th Amendments.

6. Defendant) Roger E. Walker Jr. Violated Plaintiff Rights Under Color of State LAW of his 14th, 8th, 5th Amendments.

**III.** **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)    NO ( )    If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)    NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I Filed My grievance concerning me still having to do parole time when I received time served and credit 6,043 days on 6-12-06

2.    What was the result?

it's been 58 days and this Warden of Menard Correctional Center have not responsed to any of my grievance's I wrote two and I am written another one to the Director of I.D.O.C

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D.    If your answer is **NO**, explain why not:

_____

_____

_____

4

Revised:  7/20/05

E.    Is the grievance procedure now completed?    YES (✓)  NO (✓)

F.    If there is no grievance procedure in the institution, did you complain to authorities?    YES ( )  NO ( )

G.    If your answer is **YES**:

   1.    What steps did you take?

   _____

   _____

   _____

   2.    What was the result?

   _____

   _____

   _____

H.    If your answer is **NO**, explain why not:

   _____

   _____

   _____

Revised:  7/20/05

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: (Unk)   Handy V. Koch

B.   Approximate date of filing lawsuit: Unknown   1996 or 1997

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D.   List all defendants: Koch

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central

F.   Name of judge to whom case was assigned: Unknown

G.   Basic claim made: discrimination

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dismissed

I.   Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

In 1989 Nov 25 I Plaintiff John Handy at the age of 15yrs. was arrested at 10:30^AM on 67th Blackstone Street, by two white Police Detectives, From the 51st and wenthworth Police Station, Homicide Unit. For First De.Gree Murder & Attempted Armed Robbery. These two Detectives took Plaintiff to this 51st Street Police Station to a room where they cuffed Plaintiff John Handy Juvenile to a wall and started asking me Plaintiff questions about a first Degree Murder and a Attempted Armed Robbery that happened on 65^89 and University. And why did I Kill this guy named Micheal Jones or Johnson at night. And I stated that I Plaintiff John Handy stated that I didn't Kill nobody. And then while in this room being quested another white Guy came into that room and stated he was a Asst; States Attorney and did I kill this guy Micheal, So I Plaintiff John Handy stated again that I did not Kill anybody. Now these two Police Detectives that arrested me, started yelling in my face, stating you killed that guy because they said you killed that guy and that they give. you the gun, then I stated who siad that, then One of the Detective's stated Jacoby Knight, then I plaintiff stated he was lying. These two Unknown Detectives

7

And Asst; STATE ATTORNEY of this ~~[crossed out]~~ Plaintiff in ~~this room~~ questing me for some hours without my parents being present, or and anyone to help Plaintiff fully understand what there were talking about. these two detective's and this Asst; STATE ATTORNEY never read plaintiff his rights. Now while still in this question plaintiff for a few more hours another Police Detective came in and stated that he was a youth Officer and that he was there because I was a juvenile and I was charged with a serious crime of first Degree Murder and Attempted Armed Robbery and that I've plaintiff have been charged as a adult, And that he this youth Officer was there to help me, but he also started asking me why did I kill this guy? And I stated again that I didn't kill ~~nobody~~. And All of them just start asking question after questions about why did I kill this guy. And that they know I did it because they had people stating that I did it, saying we have (statements) So you might as well say that you did it so sign this damn confession. Now at this time, this youth Officer step out of the room and went some where and these Police & Asst; Attorney yelling in my face and one of the Detective's put a pen and a piece of paper in my face yelling sign this statement, And I plaintiff asked to call my mother, and the youth Officer came back in and stated if you sign this statement I will call your mother, Now I plaintiff have already being in this 51st street police station for up to about 6½ hours being questioned about this first Degree Murder. So I signed the confession but the youth Officer Never called my mother which was a false promise by this youth Officer, Or anyone in that matter. Now plaintiff left police station about 7:00 PM and These Two Detective's took me to Another Police Station on 71st and Cottage Grove, from there I was taking to the Audy Home. Now this Juvenile Plaintiff John Handy at this of 1990 July 5. was sentenced to 35 yrs. in the Department of Correction for a first degree Murder because of this said Confession Plaintiff signed Under pressure in 1989, in that 51st And wenthworth Police station that was unwillingly given with ~~the~~ plaintiff parents being there to support him.

8

Now while Plaintiff was incarcerated He made numerous attempts to to file Motions to show his innocence, But was unsuccessful throughout the years of his incaaceration, Now on Nov 15, 2002 plaintiff filed a Motion for Post Conviction Relief to the Circuit Court of Cook County, And on 5-27-2003 Judge Mc Sweeny Moore granted Plaintiff John Handy this said Motion for Post Conviction Relief, And A VACATION oF Plaintiff 35 year sentence of first Degree Murder with a New trial. Stating that the first sentencing Judge of July 5, 1990 Honorable Earl Stayhorn Violated, Plaintiff Constitutional Rights by not fully admonishing him of having to do 3 years on parole and sentencing Plaintiff Under the wrong sentencing guidlines. Now at this time of 5-27-03 Plaintiff have been incarcerated for 13½ years for a first degree Murder & Attempted Armed Robbery. Now This Judge Mc Sweeny Moore Vacated sentence with a New trial, on 5-27-03 and a remand to Cook County Jail. Now doing (Plaintiff) John Handy stay in the Cook County Jail, Plaintiff with the help of his Public defender filed a Motion To suppress confession on about 2004 in front of Judge Mc Sweeny Moore. Now This Motion To suppress Confession was heard by Judge CLAYTON CRANE Jr. on 10-27-05, Now This Motion To suppress Confession was granted in Plaintiff John Handy favor by Honorable Judge CLAYTON CRANE Jr. on 10-27-05 because this Plaintiff was A Juvenile at the time and his parents or any legal guardian was Not there to help this 15 year Old person while being questing by 2 to3 Police detectives and a asst; STATES ATTorney in 1989, Also this same youth Officer stated Under Oath on 10-27-05 that I plaintiff first stated that I didn't kill anybody, And this youth Officer also stated that he did ask me question about the Attempted Armed Robbery and first degree Murder.

9.

and that he did not call his parents. And that he did not ask if these detectives and STATE ATTORNEY read Plaintiff his rights or try to protect his rights AS A juvenile, And this Youth Office also stated Under Oath that he left out of this room while these detective's and state's Attorney was still questing a juvenile without his parents being present. Now this Honorable Judge Clayton Crane Jr ruled that the confession of Plaintiff John Handy was unwillingly, due to the nature that Plaintiff first stated that he did not kill Any body and these detectives proceed to questing a juvenile of a first degree Murder & ATTempted Armed Robbery. Now on 6-12-06 The states ATTorney of Cook County abandoned this Charge of first degree Murder Against the Plaintiff John Handy, due the fact that the state ATTorney Lacked evidence to Prosecute, Now at this time of 6-12-06 Plaintiff John Handy has being incarcerated for 16½ years of his life due to the fact of a poor investigation by these two detectives & ATTorney of STATE of Chicago, And A illegal Confession Unwillingly taking from a juvenile IN 1989 at the age of 15 years. And by this along Plaintiff John Handy seek compansation. due to this negligence of unProfessional deliberate indifference of these city employees under color of STATE LAW. Violation of Plaintiff Juvenile Rights & US CONSTITUTIONAL Rights. IL. CONS RIGHTS.

## FACTS II

ON 6-12-06 Plaintiff ~~Handy~~ Plead guilty to ATTempted Armed Robber y) and was sentenced to 12 years 50% precent by Judge ClayTon Crane Jr. And also credit Plaintiff 6,043 days of incarceration a nd with time served. Now IN Aug 21, 2007 Plaintiff John Handy was incarcer- ated) for a ~~s warrant~~ for Violation of Parole for this 12 year sentence

10

and not going to a Mental Health out Patient or Being present for Home Monitor as well. While Plaintiff was released from 6-13-06 Until 8-21-07. Now on 6-12-06 this Honorable Judge Clayton Crane Jr. Credit Plaintiff John Handy 6,043 days time served and still should be free, because a 12 year sentence which you do 50% precent that's only 6 years Under the Illinois Department Correction (Supervision) Now 6,043 is alot more time incarcerated then 12yrs. 6,043 days is 16 years 6 months & 7 days. but due to the Department of Correction doing what they want to do, I am back incarcerated) on a illegal parole Violation warrant for some time that this plaintiff has already served. Now Plaintiff has been incarcerated for this warrant of Violating Parole since 8-21-07 to the present. And Plaintiff has wrote several grievance of emergence to the Head Warden he at Menard Correctional Center, but still there is no response to these grievance's Plaintiff also seek compansation for these days of illegaly being incarcerated by the Department of Correction.

the name of these Chicago Police Department employees is unknown due to the fact Plaintiff lacks Paperwork of names, but Plaintiff will in fact amended this complaint, because Plaintiff seek Jury Trial in demand.

**VI.    Relief:**

11

Revised:   7/20/05

Relief: Plaintiff seek PUNITIVE & MONETARY COMPANSATION for damages for time incarcerated 16½ years for a First degree Murder in 1989 that the STATE ATTORNEY ABANDONED IN 2006 FOR A LACK OF EVIDENCE, from each defendants the cost of a year of imprisonment for 16½ years, for there actions of questiong to get a said confession signed and was later ruled Unconstitutional and Unwillingly given, that help incarcerate a juvenile for half his life. As well as Punitive & Monetary Compansation for damages for this illegal Parole Violation from when it was first imposed on Plaintiff 6-13-06 until the Present time of his incarceration.

Plaintiff also seek compansation for <u>Mental damage</u> of pain & Suffering from being of Mental liberaties and freedom's, the Mental Suffering of his MOTHER's passing while he was incarcerated, As well as Plaintiff Unstable ability to think clear or make right decision and his anger about this situation. Cause now Plaintiff need Mental out Patient according to his parole Violation report, from Plaintiff incarceration:     $ 700,000°°dollars

By signing this complaint, I certify that the facts stated in this complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of ____ 200

_____
_____

John Handy B18865
(Signature)
John Handy
(Print)
B18865
(I.D. NO.)
PO BOX 711
Menard IL 62859
(Address)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR2811701

JOHN      H HANDY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 38-9-1-A(1) | F | MURDER |
| 38-9-1-A(2) | F | MURDER |
| 38-9-1-A(3) | F | MURDER |
| 38-8-4(38-18-2) | F | ATT (ARMED ROBBERY) |

The following disposition(s) was/were rendered before the Honorable Judge(s):

12/11/89 IND/INFO-CLK OFFICE-PRES JUDGE          12/15/89 1701
     FITZGERALD, THOMAS R.
12/15/89 DEFENDANT ARRAIGNED
     BASTONE, ROBERT P.
12/15/89 PLEA OF NOT GUILTY
     BASTONE, ROBERT P.
12/15/89 CASE ASSIGNED                            12/19/89 1712
     BASTONE, ROBERT P.
12/19/89 BAIL AMOUNT SET                                          $ 250000
     STRAYHORN EARL E.
12/19/89 WITNESSES ORDERED TO APPEAR              12/19/89 1712
     STRAYHORN EARL E.
12/19/89 CONTINUANCE BY AGREEMENT                 03/19/90
     STRAYHORN EARL E.
03/19/90 CONTINUANCE BY AGREEMENT                 03/29/90
     STRAYHORN EARL E.
03/29/90 CHANGE PRIORITY STATUS          R
     STRAYHORN EARL E.
03/29/90 WITNESSES ORDERED TO APPEAR              03/29/90 1712
     STRAYHORN EARL E.
03/29/90 CONTINUANCE BY AGREEMENT                 06/25/90
     STRAYHORN EARL E.
06/25/90 CONTINUANCE BY AGREEMENT                 07/02/90
     STRAYHORN EARL E.
07/02/90 CONTINUANCE BY AGREEMENT                 07/03/90
     STRAYHORN EARL E.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR2811701

   JOHN        H HANDY

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/03/90 PG JW FINDING GUILTY               CALL
     STRAYHORN EARL E.
07/03/90 DEF SENTENCED ILLINOIS DOC         CALL
           35 YRS
     STRAYHORN EARL E.
07/03/90 DEF ADVISED OF RIGHT TO APPEAL
     STRAYHORN EARL E.
07/03/90 LET MITTIMUS ISSUE/MITT TO ISS
     STRAYHORN EARL E.
10/25/91 CHANGE PRIORITY STATUS             M
     STRAYHORN EARL E.
10/25/91 CONTINUANCE BY ORDER OF COURT          10/28/91
     STRAYHORN EARL E.
10/28/91 CONTINUANCE BY ORDER OF COURT          11/01/91
     STRAYHORN EARL E.
11/01/91 CONTINUANCE BY AGREEMENT               11/18/91
     STRAYHORN EARL E.
11/18/91 DEF REM CUST CC SHERIF
     STRAYHORN EARL E.
11/18/91 DEFENDANT IN CUSTODY
     STRAYHORN EARL E.
11/18/91 NO BAIL
     STRAYHORN EARL E.
11/18/91 MOTION DEFT - CONTINUANCE - MD          11/26/91
     STRAYHORN EARL E.
11/26/91 SPECIAL ORDER
     HEARING WAIVED  --   DEFT TRANSFERRED FROM JUVENILE IDOC TO ADULT FACILITY
     STRAYHORN EARL E.
11/26/91 DEFT SERVING SENTENCE
     STRAYHORN EARL E.
06/19/96 MOTION TO REDUCE SENTENCE                          E        2
06/19/96 NOTICE OF MOTION/FILING                06/28/96 1712
06/28/96 CONTINUANCE BY AGREEMENT               07/08/96
     MOORE, COLLEEN MCSWEENEY
07/08/96 WITNESSES ORDERED TO APPEAR            07/08/96 1712
     MOORE, COLLEEN MCSWEENEY
07/08/96 MOTION DEFT - CONTINUANCE - MD         07/18/96
     MOORE, COLLEEN MCSWEENEY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR2811701

    JOHN       H HANDY

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/18/96 HOLD ON CALL                           07/19/96
      MOORE, COLLEEN MCSWEENEY
07/19/96 PUBLIC DEFENDER APPOINTED
      MOORE, COLLEEN MCSWEENEY
07/19/96 MOTION DEFT - CONTINUANCE - MD         08/16/96
      MOORE, COLLEEN MCSWEENEY
08/16/96 CONTINUANCE BY AGREEMENT               09/12/96
      GAUGHAN, VINCENT
08/19/96 PAUPER PETITION FILED                       E      2
08/19/96 M/D PETN FOR TRNSCT,COMLAW RCD              E      2
08/19/96 HEARING DATE ASSIGNED                  08/27/96 1712
08/27/96 CONTINUANCE BY ORDER OF COURT          09/27/96
      MOORE, COLLEEN MCSWEENEY
09/27/96 CONTINUANCE BY ORDER OF COURT          10/09/96
      MOORE, COLLEEN MCSWEENEY
10/09/96 CONTINUANCE BY ORDER OF COURT          10/16/96
      MOORE, COLLEEN MCSWEENEY
05/19/98 M/D PETN FOR TRNSCT,COMLAW RCD              F      2
05/19/98 HEARING DATE ASSIGNED                  05/28/98 1712
05/28/98 M/D PETN FOR TRNSCT,COMLAW RCD              D      2
      MOORE, COLLEEN MCSWEENEY
05/28/98 RECOMMIT - ORG TERMS AND CONDS
      MOORE, COLLEEN MCSWEENEY
07/21/98 MOTION TO REDUCE SENTENCE                   F      2
07/21/98 HEARING DATE ASSIGNED                  07/28/98 1712
07/28/98 MOTION TO REDUCE SENTENCE                   D      2
      MOORE, COLLEEN MCSWEENEY
07/28/98 RECOMMIT - ORG TERMS AND CONDS
      MOORE, COLLEEN MCSWEENEY
05/01/01 HC/PC WITHOUT COST                     00/00/00 F      2
05/01/01 HEARING DATE ASSIGNED                  05/04/01 1712
05/04/01 DEFENDANT IN CUSTODY                   00/00/00
      LACY, WILLIAM G.
05/04/01 PRISONER DATA SHEET TO ISSUE           00/00/00
      LACY, WILLIAM G.
05/04/01 CONTINUANCE BY ORDER OF COURT          05/11/01
      LACY, WILLIAM G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 004

PEOPLE OF THE STATE OF ILLINOIS

                        VS                        NUMBER 89CR2811701

JOHN       H HANDY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date2 | |
|---|---|---|---|
| 05/11/01 | M/D VACATE PLEA, FNDG, VRDCT | 00/00/00 D | 2 |
| | MOORE, COLLEEN MCSWEENEY | | |
| 11/15/02 | POST-CONVICTION FILED | 00/00/00 | |
| 11/15/02 | HEARING DATE ASSIGNED | 11/25/02 1701 | |
| 11/25/02 | CASE ASSIGNED | 11/25/02 1712 | |
| | WOOD, WILLIAM S. | | |
| 11/25/02 | CONTINUANCE BY ORDER OF COURT | 12/20/02 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 12/20/02 | CONTINUANCE BY ORDER OF COURT | 01/17/03 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 01/17/03 | CONTINUANCE BY ORDER OF COURT | 01/31/03 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 01/31/03 | SPECIAL ORDER | 02/05/03 | |
| | HOLD ON CALL | | |
| | WOOD, WILLIAM S. | | |
| 02/07/03 | PUBLIC DEFENDER APPOINTED | 00/00/00 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 02/07/03 | CONTINUANCE BY ORDER OF COURT | 02/21/03 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 02/21/03 | CONTINUANCE BY ORDER OF COURT | 02/24/03 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 02/24/03 | SPECIAL ORDER | 00/00/00 | |
| | STATE FILES MOT TO DISMISS | | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 02/24/03 | MOTION DEFT - CONTINUANCE - MD | 02/25/03 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 02/25/03 | DEFENDANT IN CUSTODY | 00/00/00 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 02/25/03 | PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 02/25/03 | WITNESSES ORDERED TO APPEAR | 00/00/00 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 02/25/03 | CONTINUANCE BY AGREEMENT | 04/29/03 | |
| | MOORE, COLLEEN MCSWEENEY | | |
| 03/21/03 | SPECIAL ORDER | 00/00/00 F | 2 |
| | PETITION OF MANDAMUS. | | |
| 03/21/03 | HEARING DATE ASSIGNED | 03/26/03 1712 | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 005

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 89CR2811701

JOHN      H HANDY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

03/26/03 CONTINUANCE BY ORDER OF COURT           04/29/03
     MOORE, COLLEEN MCSWEENEY
04/29/03 DEFENDANT IN CUSTODY                     00/00/00
     MOORE, COLLEEN MCSWEENEY
04/29/03 PRISONER DATA SHEET TO ISSUE            00/00/00
     MOORE, COLLEEN MCSWEENEY
04/29/03 DEF REM CUST CC SHERIF                  00/00/00
     MOORE, COLLEEN MCSWEENEY
04/29/03 WITNESSES ORDERED TO APPEAR            00/00/00
     MOORE, COLLEEN MCSWEENEY
04/29/03 CONTINUANCE BY AGREEMENT               05/27/03
     MOORE, COLLEEN MCSWEENEY
05/12/03 POST-CONVICTION FILED                  00/00/00     2
     SUPPLEMENTAL
05/21/03 MOTION TO DISMISS CHARGES              00/00/00 F   2
05/27/03 DEFENDANT IN CUSTODY                   00/00/00
     MOORE, COLLEEN MCSWEENEY
05/27/03 PRISONER DATA SHEET TO ISSUE           00/00/00
     MOORE, COLLEEN MCSWEENEY
05/27/03 SPECIAL ORDER                          00/00/00
     DEF FILES 651 (C)
     MOORE, COLLEEN MCSWEENEY
05/27/03 SPECIAL ORDER                          00/00/00
     DEF FILED 2 SUPP PETITIONS FOR PC RELIEF
     MOORE, COLLEEN MCSWEENEY
05/27/03 NO BAIL                                00/00/00
     MOORE, COLLEEN MCSWEENEY
*05/27/03 SPECIAL ORDER                         00/00/00
     DEF'S PC PET GRANTED CONVICTION VACATED
     MOORE, COLLEEN MCSWEENEY
05/27/03 CONTINUANCE BY AGREEMENT               07/10/03
     MOORE, COLLEEN MCSWEENEY
07/10/03 DEFENDANT IN CUSTODY                   00/00/00
     MOORE, COLLEEN MCSWEENEY
07/10/03 PRISONER DATA SHEET TO ISSUE           00/00/00
     MOORE, COLLEEN MCSWEENEY
07/10/03 MOTION DEFT - CONTINUANCE - MD         08/13/03
     MOORE, COLLEEN MCSWEENEY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 006

PEOPLE OF THE STATE OF ILLINOIS

VS                      NUMBER 89CR2811701

JOHN        H HANDY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| 08/13/03 | DEFENDANT IN CUSTODY | 00/00/00 |
| | MOORE, COLLEEN MCSWEENEY | |
| 08/13/03 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | MOORE, COLLEEN MCSWEENEY | |
| 08/13/03 | SPECIAL ORDER | 00/00/00 |
| | DEFT MOVES ORAL PRO SE MOTION FOR PVT ATTORNEY | |
| | MOORE, COLLEEN MCSWEENEY | |
| 08/13/03 | CONTINUANCE BY AGREEMENT | 09/16/03 |
| | MOORE, COLLEEN MCSWEENEY | |
| 09/16/03 | DEFENDANT IN CUSTODY | 00/00/00 |
| | OBBISH JAMES M. | |
| 09/16/03 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | OBBISH JAMES M. | |
| 09/16/03 | CONTINUANCE BY AGREEMENT | 10/14/03 |
| | OBBISH JAMES M. | |
| 10/14/03 | DEFENDANT IN CUSTODY | 00/00/00 |
| | MOORE, COLLEEN MCSWEENEY | |
| 10/14/03 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | MOORE, COLLEEN MCSWEENEY | |
| 10/14/03 | MOTION DEFT - CONTINUANCE - MD | 11/13/03 |
| | MOORE, COLLEEN MCSWEENEY | |
| 11/13/03 | DEFENDANT IN CUSTODY | 00/00/00 |
| | MOORE, COLLEEN MCSWEENEY | |
| 11/13/03 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | MOORE, COLLEEN MCSWEENEY | |
| 11/13/03 | MOTION DEFT - CONTINUANCE - MD | 12/11/03 |
| | MOORE, COLLEEN MCSWEENEY | |
| 12/11/03 | DEFENDANT IN CUSTODY | 00/00/00 |
| | CLAPS JOSEPH M | |
| 12/11/03 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | CLAPS JOSEPH M | |
| 12/11/03 | MOTION DEFT - CONTINUANCE - MD | 12/17/03 |
| | CLAPS JOSEPH M | |
| 12/17/03 | DEFENDANT IN CUSTODY | 00/00/00 |
| | MOORE, COLLEEN MCSWEENEY | |
| 12/17/03 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | MOORE, COLLEEN MCSWEENEY | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 007

PEOPLE OF THE STATE OF ILLINOIS

                      VS                    NUMBER 89CR2811701

JOHN        H HANDY

           CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
12/17/03 CONTINUANCE BY AGREEMENT                    01/08/04
      MOORE, COLLEEN MCSWEENEY
01/08/04 DEFENDANT IN CUSTODY                        00/00/00
      MOORE, COLLEEN MCSWEENEY
01/08/04 PRISONER DATA SHEET TO ISSUE                00/00/00
      MOORE, COLLEEN MCSWEENEY
01/08/04 MOTION TO SUPPRESS                          00/00/00 F       2
      MOORE, COLLEEN MCSWEENEY
01/08/04 MOTION DEFT - CONTINUANCE - MD              02/19/04
      MOORE, COLLEEN MCSWEENEY
02/19/04 DEFENDANT IN CUSTODY                        00/00/00
      MOORE, COLLEEN MCSWEENEY
02/19/04 SPECIAL ORDER                               00/00/00
      MOT APPT OF COUNSEL OTHER THAN P.D.
      MOORE, COLLEEN MCSWEENEY
02/19/04 SPECIAL ORDER                               00/00/00
      MOT DEFT PROCEED PRO SE ENTERED AND CONTINUED
      MOORE, COLLEEN MCSWEENEY
02/19/04 MOTION DEFT - CONTINUANCE - MD              03/18/04
      MOORE, COLLEEN MCSWEENEY
03/18/04 DEFENDANT IN CUSTODY                        00/00/00
      MOORE, COLLEEN MCSWEENEY
03/18/04 PRISONER DATA SHEET TO ISSUE                00/00/00
      MOORE, COLLEEN MCSWEENEY
03/18/04 CONTINUANCE BY ORDER OF COURT               03/19/04
      MOORE, COLLEEN MCSWEENEY
03/19/04 DEFENDANT IN CUSTODY                        00/00/00
      SIMMONS,HENRY R. JR
03/19/04 PRISONER DATA SHEET TO ISSUE                00/00/00
      SIMMONS,HENRY R. JR
03/19/04 CONTINUANCE BY AGREEMENT                    03/23/04
      SIMMONS,HENRY R. JR
03/23/04 DEFENDANT IN CUSTODY                        00/00/00
      MOORE, COLLEEN MCSWEENEY
03/23/04 PRISONER DATA SHEET TO ISSUE                00/00/00
      MOORE, COLLEEN MCSWEENEY
03/23/04 CONTINUANCE BY AGREEMENT                    04/21/04
      MOORE, COLLEEN MCSWEENEY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 008

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR2811701

    JOHN      H HANDY

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/21/04 DEFENDANT IN CUSTODY                    00/00/00
         MOORE, COLLEEN MCSWEENEY
04/21/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         MOORE, COLLEEN MCSWEENEY
04/21/04 CONTINUANCE BY AGREEMENT                05/26/04
         MOORE, COLLEEN MCSWEENEY
05/26/04 DEFENDANT IN CUSTODY                    00/00/00
         MOORE, COLLEEN MCSWEENEY
05/26/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         MOORE, COLLEEN MCSWEENEY
05/26/04 CONTINUANCE BY AGREEMENT                06/30/04
         MOORE, COLLEEN MCSWEENEY
06/30/04 DEFENDANT IN CUSTODY                    00/00/00
         MOORE, COLLEEN MCSWEENEY
06/30/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         MOORE, COLLEEN MCSWEENEY
06/30/04 CONTINUANCE BY ORDER OF COURT           07/28/04
         MOORE, COLLEEN MCSWEENEY
07/28/04 DEFENDANT IN CUSTODY                    00/00/00
         CROOKS, WILBUR E.
07/28/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         CROOKS, WILBUR E.
07/28/04 CONTINUANCE BY AGREEMENT                09/08/04
         CROOKS, WILBUR E.
09/08/04 DEFENDANT IN CUSTODY                    00/00/00
         MOORE, COLLEEN MCSWEENEY
09/08/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         MOORE, COLLEEN MCSWEENEY
09/08/04 WITNESSES ORDERED TO APPEAR             00/00/00
         MOORE, COLLEEN MCSWEENEY
09/08/04 CONTINUANCE BY AGREEMENT                10/19/04
         MOORE, COLLEEN MCSWEENEY
10/15/04 MOTION TO SUPPRESS                      00/00/00 F        2
         STATEMENTS
10/15/04 HEARING DATE ASSIGNED                   10/19/04 1712
10/19/04 DEFENDANT IN CUSTODY                    00/00/00
         MOORE, COLLEEN MCSWEENEY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 009

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR2811701

JOHN      H HANDY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
10/19/04 PRISONER DATA SHEET TO ISSUE          00/00/00
         MOORE, COLLEEN MCSWEENEY
10/19/04 WITNESSES ORDERED TO APPEAR           00/00/00
         MOORE, COLLEEN MCSWEENEY
10/19/04 CONTINUANCE BY AGREEMENT              11/23/04
         MOORE, COLLEEN MCSWEENEY
11/03/04 CASE ADVANCED                         11/23/04 1712
11/03/04 HEARING DATE ASSIGNED                 11/15/04 1712
11/15/04 DEFENDANT IN CUSTODY                  00/00/00
         MOORE, COLLEEN MCSWEENEY
11/15/04 PRISONER DATA SHEET TO ISSUE          00/00/00
         MOORE, COLLEEN MCSWEENEY
11/15/04 WITNESSES ORDERED TO APPEAR           00/00/00
         MOORE, COLLEEN MCSWEENEY
11/15/04 CONTINUANCE BY AGREEMENT              11/23/04
         MOORE, COLLEEN MCSWEENEY
11/23/04 DEFENDANT IN CUSTODY                  00/00/00
         MOORE, COLLEEN MCSWEENEY
11/23/04 PRISONER DATA SHEET TO ISSUE          00/00/00
         MOORE, COLLEEN MCSWEENEY
11/23/04 CONTINUANCE BY AGREEMENT              12/01/04
         MOORE, COLLEEN MCSWEENEY
12/01/04 DEFENDANT IN CUSTODY                  00/00/00
         MOORE, COLLEEN MCSWEENEY
12/01/04 PRISONER DATA SHEET TO ISSUE          00/00/00
         MOORE, COLLEEN MCSWEENEY
12/01/04 WITNESSES ORDERED TO APPEAR           00/00/00
         MOORE, COLLEEN MCSWEENEY
12/01/04 CONTINUANCE BY AGREEMENT              01/07/05
         MOORE, COLLEEN MCSWEENEY
01/07/05 DEFENDANT IN CUSTODY                  00/00/00
         MOORE, COLLEEN MCSWEENEY
01/07/05 PRISONER DATA SHEET TO ISSUE          00/00/00
         MOORE, COLLEEN MCSWEENEY
01/07/05 WITNESSES ORDERED TO APPEAR           00/00/00
         MOORE, COLLEEN MCSWEENEY
01/07/05 CONTINUANCE BY AGREEMENT              02/16/05
         MOORE, COLLEEN MCSWEENEY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 010

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR2811701

JOHN      H HANDY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/16/05 DEFENDANT IN CUSTODY                    00/00/00
       MOORE, COLLEEN MCSWEENEY
02/16/05 PRISONER DATA SHEET TO ISSUE            00/00/00
       MOORE, COLLEEN MCSWEENEY
02/16/05 CONTINUANCE BY AGREEMENT                03/02/05
       MOORE, COLLEEN MCSWEENEY
03/02/05 DEFENDANT IN CUSTODY                    00/00/00
       MOORE, COLLEEN MCSWEENEY
03/02/05 PRISONER DATA SHEET TO ISSUE            00/00/00
       MOORE, COLLEEN MCSWEENEY
03/02/05 WITNESSES ORDERED TO APPEAR             00/00/00
       MOORE, COLLEEN MCSWEENEY
03/02/05 CONTINUANCE BY AGREEMENT                05/09/05
       MOORE, COLLEEN MCSWEENEY
05/09/05 DEFENDANT IN CUSTODY                    00/00/00
       PANTLE, KATHLEEN M.
05/09/05 PRISONER DATA SHEET TO ISSUE            00/00/00
       PANTLE, KATHLEEN M.
05/09/05 CONTINUANCE BY AGREEMENT                05/16/05
       PANTLE, KATHLEEN M.
05/16/05 DEFENDANT IN CUSTODY                    00/00/00
       PANTLE, KATHLEEN M.
05/16/05 PRISONER DATA SHEET TO ISSUE            00/00/00
       PANTLE, KATHLEEN M.
05/16/05 DEF WAIVES RIGHT TO BE PRESENT          00/00/00
       PANTLE, KATHLEEN M.
05/16/05 WITNESSES ORDERED TO APPEAR             00/00/00
       PANTLE, KATHLEEN M.
05/16/05 CONTINUANCE BY AGREEMENT                07/12/05
       PANTLE, KATHLEEN M.
07/12/05 DEFENDANT IN CUSTODY                    00/00/00
       CRANE, CLAYTON J.
07/12/05 PRISONER DATA SHEET TO ISSUE            00/00/00
       CRANE, CLAYTON J.
07/12/05 WITNESSES ORDERED TO APPEAR             00/00/00
       CRANE, CLAYTON J.
07/12/05 CONTINUANCE BY AGREEMENT                08/22/05
       CRANE, CLAYTON J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 011

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 89CR2811701

JOHN    H HANDY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/22/05 DEFENDANT IN CUSTODY                    00/00/00
    CRANE, CLAYTON J.
08/22/05 PRISONER DATA SHEET TO ISSUE            00/00/00
    CRANE, CLAYTON J.
08/22/05 WITNESSES ORDERED TO APPEAR             00/00/00
    CRANE, CLAYTON J.
08/22/05 CONTINUANCE BY AGREEMENT                08/29/05
    CRANE, CLAYTON J.
08/29/05 DEFENDANT IN CUSTODY                    00/00/00
    CRANE, CLAYTON J.
08/29/05 PRISONER DATA SHEET TO ISSUE            00/00/00
    CRANE, CLAYTON J.
08/29/05 CONTINUANCE BY AGREEMENT                10/12/05
    CRANE, CLAYTON J.
10/12/05 DEFENDANT IN CUSTODY                    00/00/00
    CRANE, CLAYTON J.
10/12/05 PRISONER DATA SHEET TO ISSUE            00/00/00
    CRANE, CLAYTON J.
10/12/05 CONTINUANCE BY AGREEMENT                10/27/05
    CRANE, CLAYTON J.
10/27/05 DEFENDANT IN CUSTODY                    00/00/00
    CRANE, CLAYTON J.
10/27/05 PRISONER DATA SHEET TO ISSUE            00/00/00
    CRANE, CLAYTON J.
10/27/05 MOTION TO SUPPRESS                      00/00/00 S      2
    CRANE, CLAYTON J.
10/27/05 CONTINUANCE BY AGREEMENT                11/08/05
    CRANE, CLAYTON J.
11/08/05 DEFENDANT IN CUSTODY                    00/00/00
    CRANE, CLAYTON J.
11/08/05 PRISONER DATA SHEET TO ISSUE            00/00/00
    CRANE, CLAYTON J.
11/08/05 MOTION DEFT - CONTINUANCE - MD          11/15/05
    CRANE, CLAYTON J.
11/15/05 DEFENDANT IN CUSTODY                    00/00/00
    CRANE, CLAYTON J.
11/15/05 PRISONER DATA SHEET TO ISSUE            00/00/00
    CRANE, CLAYTON J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 012

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 89CR2811701

JOHN        H HANDY

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | |
|---|---|
| 11/15/05 CONTINUANCE BY AGREEMENT | 12/21/05 |
| CRANE, CLAYTON J. | |
| 12/21/05 DEFENDANT IN CUSTODY | 00/00/00 |
| CRANE, CLAYTON J. | |
| 12/21/05 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| CRANE, CLAYTON J. | |
| 12/21/05 CONTINUANCE BY AGREEMENT | 01/19/06 |
| CRANE, CLAYTON J. | |
| 01/19/06 DEFENDANT IN CUSTODY | 00/00/00 |
| CRANE, CLAYTON J. | |
| 01/19/06 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| CRANE, CLAYTON J. | |
| 01/19/06 CONTINUANCE BY AGREEMENT | 02/23/06 |
| CRANE, CLAYTON J. | |
| 02/23/06 DEFENDANT IN CUSTODY | 00/00/00 |
| CRANE, CLAYTON J. | |
| 02/23/06 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| CRANE, CLAYTON J. | |
| 02/23/06 WITNESSES ORDERED TO APPEAR | 00/00/00 |
| CRANE, CLAYTON J. | |
| 02/23/06 CONTINUANCE BY AGREEMENT | 03/20/06 |
| CRANE, CLAYTON J. | |
| 03/20/06 DEFENDANT IN CUSTODY | 00/00/00 |
| CRANE, CLAYTON J. | |
| 03/20/06 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| CRANE, CLAYTON J. | |
| 03/20/06 DEF DEMAND FOR TRIAL | 00/00/00 |
| CRANE, CLAYTON J. | |
| 03/20/06 MOTION STATE - CONTINUANCE -MS | 05/01/06 |
| CRANE, CLAYTON J. | |
| 03/20/06 WITNESSES ORDERED TO APPEAR | 00/00/00 |
| CRANE, CLAYTON J. | |
| 05/01/06 DEFENDANT IN CUSTODY | 00/00/00 |
| CRANE, CLAYTON J. | |
| 05/01/06 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| CRANE, CLAYTON J. | |
| 05/01/06 DEF DEMAND FOR TRIAL | 00/00/00 |
| CRANE, CLAYTON J. | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 013

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR2811701

    JOHN      H HANDY

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Code | Date |
|------|-------|------|------|
| 05/01/06 | WITNESSES ORDERED TO APPEAR | | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 05/01/06 | MOTION STATE - CONTINUANCE -MS | | 06/12/06 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | DEFENDANT IN CUSTODY | | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | PLEA OF GUILTY | C004 | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | JURY WAIVED | | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | FINDING OF GUILTY | C001 | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | PRESENTENCE INVESTIGATION WAIV | | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | NOLLE PROSEQUI | C001 | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | NOLLE PROSEQUI | C002 | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | NOLLE PROSEQUI | C003 | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | DEF SENTENCED ILLINOIS DOC | C004 | 00/00/00 |
| | 12 YRS | | |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | CREDIT DEFENDANT FOR TIME SERV | | 00/00/00 |
| | 6043 DAYS | | |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | SENTENCE TO RUN CONSECUTIVE | | 00/00/00 |
| | 97CF1379 | | |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | DEF ADVISED OF RIGHT TO APPEAL | | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | WARRANT QUASHED | | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | LET MITTIMUS ISSUE/MITT TO ISS | | 00/00/00 |
| | CRANE, CLAYTON J. | | |
| 06/12/06 | CHANGE PRIORITY STATUS | M | 00/00/00 |
| | CRANE, CLAYTON J. | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 014

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR2811701

JOHN      H HANDY

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/12/06 RECALL/EXEC SENT TO POLICE AGY          00/00/00
10/19/07 SPECIAL ORDER                           00/00/00 F        2
        WRIT OF MANDAMUS.
10/19/07 HEARING DATE ASSIGNED                   10/24/07 1712


                        I hereby certify that the foregoing has
                        been entered of record on the above
                        captioned case.
                        Date 10/22/07


                        _____
                                DOROTHY BROWN
                        CLERK OF THE CIRCUIT COURT OF COOK COUNTY

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

R-1-23    EX HiBiT (2)

**Section A: Violation Details**

Offender: Handy, John                                      Alias:                          ID#: B18865

Parent Facility: PONTIAC CORRECTIONAL CENTER                          Date of Birth: 11/14/1974

Program released to: DISTRICT ONE - PAROLE                     Level of Supervision: LEVEL ONE

Gender: ☒ Male ☐ Female  Race: ☐ Caucasian ☒ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other: _____

FBI#: _____    I.R.#: 896663                          CCJ#: _____

Release Date: 06/13/2006      Sentence Exp. Date: 06/13/2009          Violation Date: 04/01/2007

Custody Facility: _____                          Custody Date: _____

Offense(s): AWOL, FAILURE TO ABIDE BY MSR AGREEMENT

IDOC Warrant #: HN0706152                          Date Warrant Issued: 06/19/2007

Parolee HANDY, JOHN B18865 is currently on parole for the following offenses (list all MITTIMUS offenses) ATTEMPT ARMED ROBBERY; AND ARMED VIO/CATEGORY I WEAPON and was incarcerated from 12/06/1991 to 06/13/2006. The most recent parole violation(s) for which this warrant was issued/is being requested follows (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) : ON APRIL 24, 2007; THIS AGENT ATTEMPTED TO DO A FACE TO FACE VISIT AT 6962 S. PEORIA, CHICAGO, ILLINOIS 60621. THE ABOVE NAMED PAROLEE WAS NOT AT HOME. THIS AGENT LEFT A MESSAGE THAT THE PAROLEE IS TO CALL THE 1-800-666-6744; THEY SAID THEY WOULD TELL HIM. AGENT ATTEMPTED TO CALL HIM ON HIS CELL PHONE BUT TO NO AVAIL. HOST STATED THAT THE PAROLEE LOST HIS CHARGER. ON MAY 1, 2007; THIS AGENT CALLED THE HOST SITE TO SEE IF THE ABOVE NAMED PAROLEE WAS AT HOME. AGAIN THE PAROLEE WAS NOT AT HOME. AGENT LEFT MESSAGE FOR THE PAROLEE TO REPORT TO THE OFFICE ASAP OR HE WOULD BE CONSIDERED AWOL. AGENT PUT HOLD AND PAGE ON PAROLEE AND HE HAVE NOT CALLED THE 1-800-666-6744 SINCE MARCH 21, 2007. ON MAY 2, 2007; THIS AGENT REQUESTED A LEADS REQUEST; AND THE ABOVE NAMED PAROLEE WAS ARRESTED ON FEBRUARY 25, 2007; BY THE CHICAGO POLICE DEPARTMENT FOR THE OFFENSE OF DUI/DRUG. NO OTHER INFORMATION IS AVAILABLE ON THE COURT DISPOSITION. ON MAY 2, 2007; THIS AGENT CALLED COOK COUNTY JAIL AND COOK COUNTY HOSPITAL AND HE WAS NOT THERE. ON MAY 7, 2007; THIS AGENT CHECKED THE PAROLEE VISITORS LIST AND HE HAD ABOUT SEVENTEEN (17) PEOPLE ON THE LIST; BUT NONE OF THEM HAD ANY PHONE NUMBERS LISTED. ON JUNE 13, 2007; THIS AGENT REQUESTED A LEADS REQUEST AND AS OF FEBRUARY 25, 2007; HE HAVE HAD NO NEW ARRESTS. ON JUNE 13, 2007; THIS AGENT CALLED COOK COUNTY JAIL AND COOK COUNTY HOSPITAL AND HE WAS NOT THERE. ON JUNE 13, 2007; THIS AGENT CHECKED THE PAROLEE VISITORS LIST AND HE HAD ABOUT SEVENTEEN (17) PEOPLE ON THE LIST; BUT NONE OF THEM HAD ANY PHONE NUMBERS LISTED. ALSO THIS AGENT AGAIN ATTEMPTED TO DO A FACE TO FACE VISITS ON APRIL 24, 2007; AND ON MAY 31, 2007; AGAIN THIS AGENT LEFT MESSAGES AND KEPT HIM ON HOLD & PAGE; AGAIN TO NO AVAIL. THE ABOVE NAMED PAROLEE HAVE NOT EVEN UPDATED A HOST SITE CHANGE. WHERE ABOUTS ARE UNKNOWN AT THIS PRESENT TIME. ON JUNE 19, 2007; WARRANT #: HN0706152 WAS ISSUED. .

List all Arrests or Alleged Parole/Mandatory Supervised Release Violations or sanctions and the date of occurrence other than those in the above section (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) : ON FEBRUARY 25, 2007, THE ABOVE NAMED PAROLEE WAS

ILLINOIS DEPARTMENT OF CORRECTIONS
**Parole Violation Report**

Agent's Narrative for Community Adjustment and Complete Case Management Background (mandatory for all cases, including new arrests and cases of mandatory warrant issuance): THE ABOVE NAMED PAROLEE ADJUSTMENT HAVE BEEN POOR.  MESSAGE HAVE BEEN LEFT FOR HIM TO CALL THE 1-800-666-6744 BUT AS OF JUNE 13, 2007; HE HAVE NOT DONE THIS. AGENT HAVE HAD A HOLD & PAGE ON THE ABOVE OFFENDER; AS STATED PREVIOUSLY HE HAVE NOT CALLED.  HIS LAST CHECKIN WAS ON MARCH 21, 2007.  SO, THEREFORE HE HAVE NOT MADE HIS CHECKINS CALLS IN A CONSISTENCE MATTER.  THE ABOVE OFFENDER IS AVOIDING MAKING CONTACT WITH HIS AGENT; FOR NO APPARENT REASON.

Agent's Institutional and Release Recommendation:

Is diversion recommended for this parolee ? ☒ No    ☐ Yes        Support your recommendation using the three (3) diversion criteria : THE ABOVE PAROLEE HAVE A VIOLENT HISTORY.  HE IS A PUBLIC SAFETY THREAT.  IT IS UNKNOWN WHETHER HE HAVE A VIABLE HOST SITE.  PLUS, HE HAVE MENTAL HEALTH ISSUES.

Recommended changes to current PRB orders and justification: KEEP THE ABOVE PAROLEE ON ELECTRONIC DETENTION. DUE TO HIS VIOLENT HISTORY; & THE AGENT WILL BE ABLE TO MONITOR HIM MORE.  HE WILL NOT BE ABLE TO COME AND GO AS HE SEES FIT.

Recommended time to be served and justification: FOR THE DURATION OF HIS SENTENCE.  SINCE HE IS AWOL; BEING ON ELECTRONIC DETENTION FOR THE DURATION OF HIS SENTENCE WOULD BE A HELP FOR HIS AGENT; THEY WOULD KNOW HIS WHERE ABOUTS AT ALL TIMES.

Other recommendations and justification: MANDATED OUT PATIENT MENTAL HEALTH.  APPARENTLY HE HAVE SOME ISSUES & SOME OF HIS FAMILY MEMBERS ARE SCARED OF HIM.

Attachments: ☐ Sanction Form    ☐ Police Report    ☒ Other (specify): NOTICE OF CHARGES

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| B. ARMSTRONG | G16 | | 08/13/2007 |
| Print Parole Agent's Name | No. | Parole Agent's Signature | Date |

Supervisor Comments (if any - supervisor must specifically review the diversion review recommendation and concur/non-concur):

| | | | |
|---|---|---|---|
| Henry Sanchez | B85 | | 08/13/2007 |
| Print Parole Supervisor's Name | No. | Supervisor's Signature | Date |

Section B: Notice of Charges must be completed at the same time this section is completed

AMENDED 8/21/2007: Offender arrested by Kansas City PD on 8/21/07 Offender was on AWOL status for 143 days, and is currently being held at Wyandott Co Jail. No new charges at this time.

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

Handy, John                                                                B18865
_Offender's Name_                                                          _ID#_

### Section B: Notice of Charges of Alleged Parole or Mandatory Supervised Release Violations

You are hereby notified that, as detailed on this form, you are charged with having committed the following violations of your conditions of Parole or Mandatory Supervised Release Agreement:

- ☐ 1. Violation of any criminal statute.
- ☐ 2. Possession of a firearm or other dangerous weapon.
- ☒ 3. Failure to report to your agent.
- ☐ 4. Failure to permit the agent to visit at home, employment, or elsewhere as determined necessary.
- ☒ 5. Failure to attend or reside in a facility established for the instruction or residence of persons on parole or mandatory supervised release.
- ☐ 6. Failure to secure permission before visiting or writing a committed person in a Department facility.
- ☐ 7. Failure to report all arrests to an agent as soon as permitted by the arresting authority but in no event later than 24 hours after release from custody.
- ☐ 8. Failure to obtain permission of your agent before leaving the State of Illinois.
- ☒ 9. Failure to obtain permission of your agent before changing your residence or employment.
- ☐ 10. Failure to consent to search of your person, property, or residence under your control.
- ☐ 11. Use or possession of narcotics or other controlled substances in any form, or both, or any paraphernalia related to those substances, or failure to submit to a urinalysis test as instructed.
- ☐ 12. Frequenting places where controlled substances are illegally sold, used, distributed, or administered.
- ☐ 13. Knowingly associating with other persons on parole or mandatory supervised release without prior written permission of your agent or knowingly associating with persons who are members of an organized street gang.
- ☐ 14. Failure to provide true and accurate information, relating to your adjustment in the community while on parole or mandatory supervised release or to your conduct while incarcerated, in response to inquiries by your agent.
- ☒ 15. Failure to follow any specific instructions provided by your agent, specifically: **OUT PATIENT MENTAL HEALTH; ELECTRONIC DETENTION; & BIMONTHLY CHECKINS.**
- ☐ 16. Failure to comply with the following additional conditions of release: _____

You are entitled to a Preliminary Parole/Mandatory Supervised Release Violation Hearing before a neutral Hearing Officer to determine whether or not probable cause exists that you did commit one or more of the violations checked above. You may appear and speak on your own behalf at this hearing and you may retain an attorney to represent you at the hearing. You may present evidence to rebut the charges and you may make a written request in advance of the hearing to present witnesses who can provide relevant information or to question adverse witnesses. If probable cause on any new criminal charge is determined by the court prior to the hearing date, you are not entitled to a preliminary hearing.

Your preliminary hearing is now scheduled to be held on: _____ , 20_____ at _____ ☐ a.m. ☐ p.m.

at: _____

Note: If probable cause is found at the preliminary parole revocation hearing, you may request the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing.

As an alternative to the scheduled hearing, you may exercise one of the following options by initialing the appropriate box:

☐ **A.** Postpone: I request that my preliminary hearing be postponed for up to 30 days from today's date to permit me to obtain an attorney, witnesses, or documents. I understand that it is my responsibility to present these individuals or materials at my hearing on:
_Initials_

_____ , 20_____ at _____ ☐ a.m. ☐ p.m.

☐ **B.** Waive (Illinois Offenders Only): I elect to waive my preliminary hearing with the understanding that I will be afforded a full revocation hearing before the Prisoner Review Board or Parole Board. This waiver does not indicate any admission of guilt to the above violations.
_Initials_

☐ **C.** Waive (Adult Interstate Compact Only): I admit guilt and waive my preliminary hearing.
_Initials_

I have received a copy of this Notice of Charges:

_____          on _____/_____/_____
_Offender's Signature_                                              _Date_

A copy of this notice was delivered to the alleged violator by:

_____          _____
_Print Name_                                                        _Title_

                                                                    on _____/_____/_____
_____                          _Date_
_Signature_

State of Illinois
**PRISONER REVIEW BOARD ORDER**

Date: <u>11/27/07</u>

| Name<br>**HANDY, JOHN** | Number<br>**B18865** | Facility<br>**MEN** | Docket No.<br>**PV** |
|---|---|---|---|

To the Warden –
The following order is your authority to release this individual on parole to the custody and supervision of the Office of Community Supervision, or continue to hold as indicated.
If parole is ordered, said order is subject to being vacated prior to release to parole. Any release is contingent upon execution of Parole or Mandatory Supervised Release Agreement.

## X PAROLE/MANDATORY SUPERVISED RELEASE REVOCATION    ☐ PAROLE

☐ Found not to be a violator

☒ Declared a violator as of <u>4-1-07</u> on _____

- ☐ Statutory Parole
- X Mandatory Supervised Release
- ☐ Parole

☒ Parole or release revoked

☒ Continued to _____

☐ Parole or release continued

   ☐ Effective _____

   ☐ Effective when plans are approved

   ☐ Subject to Condition(s) listed below

☐ Hearing continued to _____

- ☐ For further information
- ☐ For Court Disposition
- ☐ At inmate's request
- ☐ For Violation Report

**Violator Rationale**
The inmate named has violated parole or Mandatory Supervised Release because the inmate:

☐ Committed the criminal offense of _____
_____
_____

☒ Violated condition(s) **3, 5, 9.**
**15**
of the Parole or Release Agreement.

☐ Violated condition(s) _____
_____
_____
of your Special Order.

☐ Absconded.

☐ Failed to report or falsified report(s).

**Evidence Relied Upon**
- ☐ Counselor's Report
- ☐ Police Report
- ☐ Witnesses testimony
- ☐ Own Admission

☐ Parole granted effective when _____

   ☐ Parole plans are approved
   ☐ Minimum is served
   ☐ Eligible

☐ Subject to regular conditions and

   ☐ Subject to condition(s) listed below

☐ Parole denied, continued to _____

☐ Hearing continued to _____

   ☐ Psychiatric Report requested
   ☐ For verification of parole plans
   ☐ At inmate's request

☐ Release date offer attached to and made a part of this order.

☐ See Rationale attached to and made a part of this Order _____

Order of _____
   ☐ Amended
   ☐ Stayed
   ☐ Vacated

The Board finds that this evidence is sufficient because:
<u>Warrant 6/19/07.</u>
<u>Failed to comply with</u>
<u>CD, + out patient</u>
<u>mental Health</u>
_____
_____
_____
_____

**SPECIAL ORDER:**
YOU ARE OBLIGATED TO THE GENERAL RULES GOVERNING PAROLEES OR MANDATORY SUPERVISED RELEASES AND THE FOLLOWING SPECIAL ORDER(S):

☐ Substance Abuse Counseling (CD)

☐ Outpatient Mental Health Counseling (CP)

☐ Electronic Monitoring (CE) for a period of _____

☐ No Victim Contact (CT) _____

☐ Anger Management Counseling (CG)

☐ Sex Offender Counseling (CX)

☐ Be released to the warrant or detainer against you. If the charge or charges on which the warrant or detainer is based are dismissed you shall be returned to an institution of the Department of Corrections for further consideration by the Board. (CW)

☐ Other: (CO) _____

## PRISONER REVIEW BOARD:

_____

_____

_____

_____

_____

_____

Distribution:  Board; Institution File; Resident; Clinical or Parole Services



## MSR VIOLATORS SENTENCED UNDER 1978 LAW

NAME **HANDY**      NUMBER **B18865**    DATE **11-29-07**

**(STEP 1) (A)**

Yr. Mo. Day

07 10 09  (Recustody/New Sentence Date)
07 04 01  (Date D.A.V.)
06 08  (Time Lost - MSR Viol.)

**(STEP 1) (B)**

Yr. Mo. Day

_____ (Recustody/New Sentence Date)
_____ (Date D.A.V.)
_____ (Time Lost - MSR Viol.)

**(STEP 2)**

Yr. Mo. Day

+ _____ (Time Lost-1st Viol.-A)
_____ (Time Lost-2nd Viol.-B)
_____ (Total Time Lost)

**(STEP 3) (Mittimus NO. 89 CR 28117 97 CF 1376 )**
PROJECTED OUT DATE

Yr. Mo. Day

_____ (Custody Date)
+ _____ (Sentence Less GCC)
_____ (Proj. Out Date)
+or- _____ (Previous Time - Lost/Awarded)
06 06 13  (Proj. Out Date) DATE DUE RELEASE
+ 03 00 00  (MSR Term)
09 06 13  (Maximum Date)
+ 06 08  (Time Lost - MSR Viol.)
09 12 21  (Discharge Date)

**(STEP 4)**

Yr. Mo. Day

09 12 21  (Discharge Date)
07 10 09  (Recustody/New Sentence Date)
02 02 12  (Time to Serve)
01 01 06  (G.C.C.)
01 01 06  (Time Left to Serve)

**(STEP 5)**

Yr. Mo. Day

07 10 09  (Recustody/New Sentence Date)
+ 01 01 06  (Time Left to Serve)
08 11 15  (Proj.Discharge Date)

**(STEP 6)**

Yr. Mo. Day

_____ (Proj.Discharge Date)
+ _____ (Sentence Less GCC)
_____ (Adj.Proj. Out Date)

**(STEP 7)**

Yr. Mo. Day

_____ (Release Date)
_____ (Recustody/New Sentence Date)
_____ (G.C.C.)

**(STEP 8)**

Yr. Mo. Day

_____ (Discharge Date as in Step 3)
_____ (GCC)
_____ (Proj.Discharge Date)

---

Projected Discharge/Out Date **11-15-08**    Terminal Operator _____
Calculated By **MH**                Date Entered _____
DC 1324 (Rev.9/96)
IL 426-00524

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF ILLINOIS

John Handy
_____ Plaintiff,                    )
                                      )
                                      )
v.                                    )    No. _____
                                      )
Earl Stayhorn,                        )
Detective, Detective, Youth Office    )    The Honorable
STATE ATTORNEY AS'T. Roger Walker     )
_____ Defendants.                   )    _____,
                                      )    Judge Presiding.

---

### NOTICE OF FILING

TO:
   Clerk of Court Federal
   219 So. Dear Born
   Chicago IL 60604

   PLEASE TAKE NOTICE that on or before the __19__ day of
__12_____, 2007, I shall file with the Clerk
of the U.S. District Court For The __Northern__ District
of Illinois, the attached Plaintiff's __Motion Complaint Civil__
__1983__

a copy of which is hereby served upon you.

                          By: _John Handy_
                              Register Number __B18865__
                              Post Office Box 711,
                              Menard, Illinois  62259

### CERTIFICATE OF SERVICE

   I, _John Handy B18865_____, being duly sworn aver
that I have served copies of the foregoing to the person named above
by placing such copies in the U.S. Mailbox at the Menard Correctional
Center on the _2007_ day of _12-19_____; postage
prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND
CORRECT.

                          _John Handy B18865_
                          /Affiant/