**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

KC **FILED**
DEC 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



| | |
|---|---|
| **Plaintiff(s):** JOHN HANDY | **Defendant(s):** EARL STAYHORN, et al. |
| **County of Residence:** RANDOLPH | **County of Residence:** |
| **Plaintiff's Address:**<br>John Handy<br>B-18865<br>Menard - MND<br>P.O. Box 711<br>Menard, IL 62259 | **Defendant's Attorney:**<br>Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV7223
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *A. E. Woodham*  **Date:** 12/26/2007

Gottschall
Denlow
96 C 5402