UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____civic_____ DIVISION

Plaintiff(s) John Handy

v.

Defendant(s) Earl Stayhorn et.al.

)
)
)
)
)
)
)
)
)
)

FILED
DEC 2 6 2007 aew
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV7223
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __John Handy__, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__John Handy__
Movant's Signature

__P O BOX 711__
Street Address

__Menard IL, 62259__
City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently or previously have been represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Unknown | 96 or 97 |
| **Case Title** | Unknown  NOT THIS CASE |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| **Case Title** | |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| **Case Title** | |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| **Case Title** | |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: ☐ | |