Dear, Clerk                                              2-10-08        MHN

## Change of Address

This is John Handy B18865 Case No. Handy v. Strayhorn 07C 7223 And this is to inform you that this is my new address P.O Box 999 Pinckneyville, Illinois 62274

John Handy B18865

**FILED**
FEB 19 2008
2-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT