FILED
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear, Horonable Judge;   Case No. 07-C-7223
Joan B. Gottschall                 3-13-08

Letter to Horonable; Joan B. Gottschall

My name is John Handy B18865 07-C-7223 and I asked these officials here at Pinckneyville Correctional Center's, Trust Fund Office, to please me a trust balance from 6 months ago, so that I could send to the Federal Court, but this Institutions trust Fund Office have not responsed. Now I send this letter on 3-5-08 Once I first received that order from the Court. But here it is, that I inmate John Handy B18865 Case No. 07-C-7223 will be in violation for not providing some information that only this Administration Trust Fund Office can provide. See Horonable Judge it's like I am in a catch 22 (because) this Pinckneyville Correctional Center does not want provide this Court with the information I need to proceed with my case. But this Hornable Court will penalies the Plaintiff without prejudice because of this Pinckneyville C.C lack of proper imformation of Plaintiff Trust Fund balance, and this is not fair to the Plaintiff.

Plaintiff; John Handy B18865
P.O Box 999
Pinckneyville, IL 62274