*3-5-08    MHN*
*I recieved this motion*

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

John Handy
_____
Plaintiff

v.

Strayhorn
_____
Defendant(s)

**F I L E D**

MAR 27 2008
3-27-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER  07 C 7223

JUDGE  Joan B. Gottschall

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, John Handy, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # B18865   Name of prison or jail: Pinckneyvill Correctiona Center
   Do you receive any payment from the institution?   ☒Yes   ☐No   Monthly amount $15.00

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: None
      Monthly salary or wages: warfare
      Name and address of last employer: _____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount _____   Received by _____

    b.    ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes     ☒No
    Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☒No
    Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☒ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                                          ☒Yes     ☐No
    Amount $165.00 Received by welfare

    e.    ☐ Gifts or ☐ inheritances     ☐Yes     ☒No
    Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)     ☐Yes     ☒No
    Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
   In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
   Address of property:_____
   Type of property:_____ Current value:_____
   In whose name held:_____ Relationship to you:_____
   Amount of monthly mortgage or loan payments:_____
   Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                                                            ☐Yes    ☒No
   Property:_____
   Current value:_____
   In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3-5-08

_John Handy B18865_
Signature of Applicant

_John Handy B18865_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _B18865_ _John Handy_, I.D.# _____, has the sum of $ _2.20_ on account to his/her credit at (name of institution) _Pinckneyville CC_ I further certify that the applicant has the following securities to his/her credit: _2.20_. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

_3/20/08_
DATE

_Lisa Flowers_
SIGNATURE OF AUTHORIZED OFFICER

_Lisa Flowers_
(Print name)

_Applicant has not been at facility 6 mo._

rev. 10/10/2007

-3-

Date: 3/20/2008
Time: 12:38pm
d_list_inmate_trans_statement_composite

**Pinckneyville Correctional Center**
**Trust Fund**
View Transactions

Page 1

**Inmate:** B18865 Handy, John                **Housing Unit:** PNK-R1-C -27

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 02/14/08 | Mail Room | 04 Intake and Transfers In | 045268 | 84071 | Menard C.C. | 60.69 | 60.69 |
| 02/19/08 | Disbursements | 71 Voluntary Restitutions | 050341 | Chk #52157 | 0004053, United States Distric, Inv. Date: 02/15/2008 | -5.00 | 55.69 |
| 02/21/08 | Point of Sale | 60 Commissary | 052746 | 408742 | Commissary | -34.83 | 20.86 |
| 02/21/08 | AP Correction | 71 Voluntary Restitutions | 052541 | Chk #52157 Voided | 0004053 - United States Distri | 5.00 | 25.86 |
| 03/07/08 | Point of Sale | 60 Commissary | 067717 | 410974 | Commissary | -24.80 | 1.06 |
| 03/11/08 | Mail Room | 01 MO/Checks (Not Held) | 071268 | H1322771 | Handy, Pearlie | 50.00 | 51.06 |
| 03/13/08 | Point of Sale | 60 Commissary | 073717 | 411815 | Commissary | -47.81 | 3.25 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074175 | | P/R month of 02/2008 | 3.81 | 7.06 |
| 03/17/08 | Disbursements | 71 Voluntary Restitutions | 077341 | Chk #52378 | 0004053, United States Distric, Inv. Date: 02/15/2008 | -5.00 | 2.06 |
| 03/18/08 | Mail Room | 04 Intake and Transfers In | 078268 | 84638 | Menard C.C. | 2.38 | 4.44 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 4.44 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1.74 |
| Funds Available: | 2.70 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | 1,152.44 |